(117 So. 656)

**L. DOUGLAS v. M. A. GURGANUS et al.**
**(6 Div. 65.)**

Supreme Court of Alabama.   June 30, 1928.

Ray & Cooner, of Jasper, for appellant.
J. B. Powell, of Jasper, for appellees.

PER CURIAM.   Affirmed on authority of Chilton v. Gurganus, ante, p. 145, 117 So. 655.